Philip C. Bourdette SBN 47492
Miriam Bourdette   SBN 151980
BOURDETTE & PARTNERS
2924 West Main Street
Visalia, CA 93291
(559) 625-8425
Fax (559) 625-8491
mrbb@bourdettelaw.com

Attorneys for Plaintiff Bobbie Baumann

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BOBBIE BAUMANN, | Case No. 1:04-CV-06347 OWW- DLB |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND DATE FOR RULE 26 (a)(1) DISCLOSURES |
| v. | |
| WYETH LLC, {An indirect wholly-owned subsidiary of Pfizer Inc.} PHARMACIA & UPJOHN COMPANY LLC (An indirect wholly-owned subsidiary of Pfizer Inc.) | |
| Defendants. | |

IT IS HEREBY STIPULATED BY & BETWEEN ALL PARTIES THAT:

1. The date for Rule 26 (a) (1) Disclosures is extended from January 7, 2011 to February 20, 2011.

2. All other deadlines set forth in the Court's First Amended Scheduling Conference Order, filed July 7, 2010 will remain the same.

1

Stipulation and Order to Extend Time Rule 26(a)(1)Disclosures

Respectfully submitted,

DATED: December 3, 2010          BOURDETTE AND PARTNERS


By  /s/ Miriam Bourdette
    Miriam Bourdette
    Attorneys for Plaintiff


DATED: December 3, 2010          KAYE SCHOLER LLP


By: /s/ Wendy S. Dowse
    Wendy S. Dowse
    Attorneys for Defendants

IT IS SO ORDERED.

   Dated:   **December 3, 2010**              **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE

Stipulation and Order to Extend Time Rule 26(a)(1)Disclosures