Philip C. Bourdette SBN 47492
Miriam Bourdette  SBN 151980
BOURDETTE & PARTNERS
2924 West Main Street
Visalia, CA 93291
(559) 625-8425
Fax (559) 625-8491
pcbb@bourdettelaw.com

Attorneys for Plaintiff Bobbie Baumann

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BOBBIE BAUMANN, | Case No. 1:04-CV-06347 OWW- DLB |
| Plaintiff, | STIPULATION TO CONTINUE TRIAL AND PRETRIAL DATES AND ORDER |
| v. | |
| WYETH LLC, {An indirect wholly-owned subsidiary of Pfizer Inc.} PHARMACIA & UPJOHN COMPANY LLC (An indirect wholly-owned subsidiary of Pfizer Inc.) | Trial: April 10, 2012 |
| Defendants. | |

IT IS HEREBY STIPULATED BY & BETWEEN ALL PARTIES THAT:

1. The trial and pre trial dates set in the First Amended Scheduling Conference Order dated July 6, 2010 be continued to the dates set forth below for the reasons stated in the declaration of Philip C. Bourdette:

```
7/25/11:   Rule 26(a)(1)(B) Disclosures
11/2/11:   Fact Discovery Cut-off
12/21/11:  Plaintiff Expert Reports
1/23/12:   Defense Expert Reports
2/20/12:   Plaintiff Rebuttal Reports
3/19/12:   Defense Rebuttal Reports
4/11/12:   Expert Discovery Cut-off
4/26/12:   Non-Dispositive Motions Filing Deadline
5/4/12:    Settlement Conference Statement
5/9/12:    Settlement Conference
6/1/12:    Non-Dispositive Motion Hearing
6/14/12:   Dispositive Motions Filing Deadline
7/9/12:    Dispositive Motion Hearing
8/20/12:   Pre-Trial Statement
8/27/12:   Pre-Trial Conference
10/10/12:  First Day of Trial
```

Respectfully submitted,

DATED: April 27, 2011         BOURDETTE AND PARTNERS


By  /s/ Philip C. Bourdette
Philip C. Bourdette
Attorneys for Plaintiff



DATED: April 27, 2011         KAYE SCHOLER LLP


By:  /s/ Wendy S. Dowse
Wendy S. Dowse
Attorneys for Defendants

2

Stipulation & Order to Continue Trial and Pretrial dates

PDF created with pdfFactory trial version www.pdffactory.com

1 **IT IS SO ORDERED:**

4 Dated: May 2, 2011                    /s/ OLIVER W. WANGER
                                        United States District Judge