IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BOBBIE BAUMAN, et al.,

        Plaintiffs,

v.                         1:04-cv-6347 JRG DLB

WYETH LLC, et al.,

        Defendants.

### ORDER

For reasons appearing to the court, an Initial Management Conference is **SCHEDULED** for **Friday, December 9, 2011** at **10:00 a.m.** (**PST**) in **Courtroom 3** in the United States Courthouse, in Fresno, California. Lead counsel and any unrepresented parties shall appear fully prepared to discuss all aspects of the case. Individuals with full authority to settle the case shall be present in person.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:    December 5, 2011

*Joseph R. Goodwin*
Joseph R. Goodwin, Chief Judge