IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BOBBIE BAUMAN, et al.,

        Plaintiffs,

v.                                    1:04-cv-6347JRG DLB

WYETH LLC, et al.,

        Defendants.


**ORDER**

Having heard counsels' positions at the case management conference held on December 9, 2011, it is hereby **ORDERED** that counsel shall meet and confer as to an order of trial for civil actions: 1-04-cv-6347-JRG-DLB, Bauman, et al v. Wyeth, et al; 1-10-cv-282-JRG-DLB, Macias v. Pfizer, Inc., et al; 1-10-cv-287-JRG-DLB, Zanyk v. Pfizer, Inc., et al; 1-10-cv-288 JRG-DLB, Turner v. Pfizer, Inc., et al; and 1-10-cv-289-JRG-DLB, West v. Pfizer, Inc. et al. If counsel reaches agreement they are directed to submit the agreed upon order of trial to the court **no later than December 16, 2011**. If counsel does not reach agreement the order of trial will be determined by the court.

If counsel reaches an agreed order of trial, counsel is further **ORDERED** to meet and confer and agree on a scheduling order for the above named set of civil actions. Counsel is directed to submit the agreed upon scheduling order to the court **no later than December 23, 2011**. If counsel cannot reach agreement the attached scheduling order will be entered. The first trial will commence on July 30, 2012.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER:     December 9, 2011

*[Signature]*

Joseph R. Goodwin, Chief Judge