1  Pamela J. Yates (SBN 137440)
   E-mail:  pyates@kayescholer.com
2  Wendy S. Dowse (SBN 261224)
   E-mail:  wdowse@kayescholer.com
3  Julie Belezzuoli (SBN 267302)
   E-mail: julie.belezzuoli@kayescholer.com
4  KAYE SCHOLER LLP
   1999 Avenue of the Stars, Suite 1700
5  Los Angeles, California  90067-6048
   Telephone:  (310) 788-1000
6  Facsimile:  (310) 788-1200

7  Attorneys for Defendants

8

9              UNITED STATES DISTRICT COURT

10         FOR THE EASTERN DISTRICT OF CALIFORNIA

11                        (FRESNO)

12

13  BOBBIE BAUMAN,                    )  Case No.: 1:04-cv-06347-JRG-DLB
                                      )
14                                    )  **ORDER GRANTING PARTIES JOINT**
              Plaintiff,              )  **STIPULATION REGARDING TRIAL**
15         vs.                        )  **ORDER FOR REMAND GROUP 1**
                                      )
16  WYETH INC., et al                 )
                                      )
17                                    )
              Defendants.             )
18                                    )
                                      )
19  _____  )

20

21      The Court having considered the stipulation by the parties in this action, and

22  finding good cause therefore;

23      IT IS HEREBY ORDERED THAT the remand group 1 cases will be tried in

24  the following order:

25

26

27

28

**Zanyk v. Pfizer Inc., et al**            **Case No. 1:10-cv-00287-JRG-DLB**
**West v. Pfizer Inc. et al**              **Case No. 1:10-cv-00289-JRG-DLB**
**Turner v. Pfizer, Inc. et al**           **Case No. 1:10-cv-00288-JRG-DLB**
**Bauman, et al., v. Wyeth Inc., et al.**  **Case No. 1:04-cv-06347-JRG-DLB**
**Macias v. Pfizer, Inc., et al**          **Case No. 1:10-cv-000282-JRG-DLB**

IT IS SO ORDERED.


Dated : December 19, 2011

Joseph R. Goodwin, Chief Judge

2