UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| BOBBIE BAUMANN,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER INC, et al.,<br><br>Defendants. | Case No. 1:04-cv-06347-JRG-DLB<br><br>**ORDER GRANTING PARTIES' STIPULATION RE: TRIAL & PRE-TRIAL DEADLINES** |

The Court having considered the stipulation by the parties in this action, and finding good cause therefore;

IT IS HEREBY ORDERED THAT this case shall proceed as follows:

| | |
|---|---|
| 1/16/2012 | Amendment of Pleadings and Joinder of Parties |
| 1/23/2012 | Deadline for Written Discovery Requests |
| 2/1/2012 | Expert Disclosure by Party with Burden of Proof |
| 3/1/2012 | Expert Disclosure by Opposing Party |
| 3/9/2012 | Expert Disclosure for Rebuttal Purposes |
| 3/16/2012 | Deposition Deadline and Close of Discovery |
| 3/28/2012 | Filing of Dispositive & *Daubert* Motions |
| 4/11/2012 | Response to Dispositive Motions |
| 4/18/2012 | Reply to Response to Dispositive Motions |
| 5/18/2012 | Hearing on Motions for Summary Judgment  11:00 AM |
| 5/29/2012 | Settlement Meeting and Mediation Deadline |
| 6/4/2012 | Plaintiff Draft Pre-Trial Order to Defendant |

| Date | Event |
|---|---|
| 6/05/2012 | Filing of Motions in Limine |
| 6/11/2012 | Integrated Pre-Trial Order filed by Defendant |
| 6/12/2012 | Responses to Motions in Limine |
| 6/19/2012 | Pre-Trial Conference 11:00 AM |
| 7/16/2012 | Proposed Jury Instructions Filed |
| 7/23/2012 | Final Settlement Conference 9:30 AM |
| 9/10/2012 | Trial 8:30 AM (Tentative) |

IT IS SO ORDERED.
Dated: 27 Dec 2011

_____
HONORABLE JUDGE JOSEPH GOODWIN
UNITED STATES DISTRICT COURT JUDGE