Philip C. Bourdette SBN 47492
Miriam Bourdette   SBN 151980
BOURDETTE & PARTNERS
2924 West Main Street
Visalia, CA 93291
(559) 625-8425
Fax (559) 625-8491
pcbb@bourdettelaw.com
mrbb@bourdettelaw.com
Attorneys for Plaintiffs

Simona A. Farrise SBN 171708
Leigh Kirmsse SBN 160967
Farrise Firm PC
225 South Olive St., Ste 102
Los Angeles, CA 90012
310-424-3355
FAX 510-588-4536
sfarrise@farriselaw.com
lkirmsse@farriselaw.com
Attorneys for Plaintiffs

Sharon  J.Arkin SBN #154858
The Arkin Law Firm
333 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
(541) 469-2892
FAX: 866) 571-5676
sarkin@arkinlawfirm.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LOIS ZANYK,<br><br>          Plaintiff,<br><br>     vs.<br><br>WYETH LLC, et al.<br><br>          Defendants. | Case No.: 1:10-cv-00287-JRG-DLB |
| CARLEEN WEST,<br><br>          Plaintiff,<br><br>     vs.<br><br>WYETH LLC, et al.<br><br>          Defendants. | Case No.: 1:10-cv-00289-JRG-DLB |
| PAMELA TURNER,<br><br>          Plaintiff,<br><br>     vs.<br><br>WYETH LLC, et al.<br>          Defendants | Case No.: 1:10-cv-00288-JRG-DLB |
| BOBBIE BAUMANN<br><br>          Plaintiff,<br><br>     vs.<br><br>WYETH LLC. et al<br>          Defendants. | Case No.: 1:04-cv-06347-JRG-DLB |

| | |
|---|---|
| LUCILLE MACIAS, by and through her Survivor in interest Rhonda Baber | ) Case No.: 1:10-cv-00282-JRG-DLB |
| Plaintiff, | ) |
| vs. | ) |
| WYETH LLC, et al. | ) |
| Defendants. | ) |

**ORDER RE MOTIONS TO MODIFY COURT'S SCHEDULING ORDERS**

On January 10, 2012, counsel filed in each of the above styled cases "Notice of Motion to Modify Scheduling Order, Declaration of Miriam Bourdette and Proposed Order." The court construes these notices as motions to modify scheduling orders.

Counsel stated that when preparing the Joint Scheduling Order they made date calculation errors. They failed to take into account Labor Day, Monday September 5, 2012, and Columbus Day October 8, 2012, on which days the courts are closed and Rosh Hashanah and Yom Kippur, the highest of the Jewish Holidays and on which days work is forbidden on September 17, 18, 25 (fast begins) and 26, 2012.

Exhibit A of the filing included a table showing current trial dates and proposed modifications. The trials, as proposed, are still limited to the 10 (ten) days the court ordered for each plaintiff and start the day after the preceding trial, even when in the middle of the week. As plaintiffs Baumann and Macias are deceased and will not be testifying live, their trials were further condensed.

The motions to modify scheduling orders are hereby **GRANTED** to adjust trial dates for the above styled cases in order to take into account the holidays mentioned, condensed

trials for plaintiffs Baumann and Macias and other scheduling conflicts of the court.  The trials for remand group 1 will proceed as follows:

- Zanyk v. Wyeth, case number 1-10-cv-00287-JRG, trial dates July 30, 2012 - August 10, 2012;

- West v. Wyeth, case number 1-10-cv-00289-JRG, trial dates August 13, 2012- August 24, 2012;

- Turner v. Wyeth, case number 1-10-cv-00288-JRG, trial dates August 27, 2012- September 10, 2012;

- Baumann v. Wyeth, case number 1-04-cv-06347-JRG, trial dates September 11, 2012- September 21, 2012;

- Macias v. Wyeth, case number 1-10-cv-00282-JRG, trial dates October 9, 2012 – October 19, 2012.

The trials will be no longer than 10 (ten) working days.  After seven years of discovery and extensive experience trying these cases there should be no "unforeseen interference" for which the parties cannot adjust.  If a case does not require the entire time allotted for trial after the evidence is complete, the next trial will start even if there is a deliberating jury in the preceding case.  If a case settles prior to trial, the next scheduled case will immediately move up and commence on the trial dates established for the settling case.

**IT IS SO ORDERED.**

Dated: January 11, 2012

Joseph R. Goodwin, Chief Judge

4